UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Quinnton Marrell Holloway**  Docket No. 5:05-CR-178-1F

### Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Quinnton Marrell Holloway, who, upon an earlier plea of guilty to Conspiracy To Distribute and Possess With Intent to Distribute 50 grams or More of Cocaine Base (Crack) and a Quantity of Cocaine, in violation of 21 U.S.C. §§ 846 and 841(a)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 6, 2006, to the custody of the Bureau of Prisons for a term of 157 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On February 14, 2013, pursuant to 18 U.S.C. § 3582(c)(2), the term of imprisonment was reduced to 126 months. Quinnton Marrell Holloway was released from custody on September 2, 2014, at which time the term of supervised release commenced.

As a result of the defendant testing positive for cocaine on March 5, 2015, a Violation Report was forwarded to the court. The court agreed to continue supervision. As a result of the defendant committing the offense of Driving While License Revoked on September 16, 2015, a Violation Report was forwarded to the court. The court agreed to continue supervision. As a result of the defendant committing the offense of Driving While License Revoked on October 23, 2015, the court modified the conditions of supervision to include 24 hours of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 24, 2016, the defendant submitted a urine specimen which tested positive for cocaine. When confronted with the results, the defendant signed an admission of drug use. As a sanction for this conduct and in an effort to deter future drug use, we would respectfully recommend that his supervision be modified to include cognitive behavioral treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.
/s/ Keith W. Lawrence
Keith W. Lawrence
Senior U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2538
Executed On: March 24, 2016

Quinnton Marrell Holloway
Docket No. 5:05-CR-178-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __24__ day of __March__, 2016 and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge